**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-00323-REB-KLM

COMPLIANCE SOLUTIONS OCCUPATIONAL TRAINERS, INC., a Colorado corporation,

    Plaintiff,

v.

SAFETY HELPERS, LLC, DELINQUENT APRIL 1, 2012, a Colorado limited liability company, and
KYLE KNEBEL, an individual,

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For Entry of Order on Plaintiff's Motion For Temporary Restraining Order** [#20],[1] filed February 18, 2014. After reviewing the stipulated motion, the record, and the provisions of Fed. R. Civ. P. 65, I conclude as follows: (1) that the stipulated motion should be granted; (2) that a temporary restraining order should enter; and (3) that the requirement for security under Fed. R. Civ. P. 65(c) should be waived consonant with the stipulation of the parties.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system  (CM/ECF). I use this convention throughout this order.

1. That the **Stipulated Motion For Entry of Order on Plaintiff's Motion For Temporary Restraining Order** [#20] filed February 18, 2014, is **GRANTED**[2];

2. That defendants will immediately and until the resolution of this case, cease imitating, copying, or making any use of the "Compliance Solutions" or any confusingly similar mark including, but not limited to, operating websites with domain names containing the words "Compliance Solutions";

3. That defendants will immediately, and until the resolution of this case, cease maintaining online social media, business, or networking accounts or sites under a name containing the words "Compliance Solutions" or any confusingly similar mark including, but not limited to, blogs, LinkedIn, Facebook, Twitter, Google Plus, Blogger.com, Manta, Chirrpy, You Tube and Zvents; and

4. That the hearing on **Plaintiff's Motion For a Temporary Restraining Order** [#11] filed February 7, 2014, set February 19, 2014, at 1:30 p.m., is **VACATED**.

Dated February 18, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2] The expiration of the temporary restraining order is extended as provided by the stipulation of the parties as contemplated and permitted under Fed. R. Civ. P. 65(b)(2).