**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date: July 17, 2014

Deputy Clerk: Kathleen Finney
Court Reporter: Tracy Weir

---

**Civil Action No. 14-cv-00323-REB-KLM**

| _Parties:_ | _Counsel:_ |
|---|---|
| COMPLIANCE SOLUTIONS OCCUPATIONAL TRAINERS, INC., a Colorado corporation, | Cara Thornton Michael Martin |
| Plaintiff, | |
| v. | |
| SAFETY HELPERS, LLC, DELINQUENT APRIL 1, 2012, a Colorado limited liability company, and KYLE KNEBEL, an individual, | Vincent Buzek |
| Defendants. | |

---

**COURTROOM MINUTES**

---

**Evidentiary Hearing on #24.**

**1:37 p.m.     Court in session**

Appearances of counsel.  Also at plaintiff's table is Neval Gupta and Jeffrey Kline, company representatives; at defendant's table is Kyle Knebel.

Opening statements by the court.

Now pending before the court is the **Plaintiff's Motion for Contempt** [#24] filed April 10, 2014.

**Exhibits Admitted:** *All exhibits (1 - 12) marked on the Joint Exhibit List as stipulated.*

1:40 p.m.    Plaintiff's opening argument by Ms. Thornton.

1:42 p.m.    Defendants' opening argument by Mr. Buzek.

1:43 p.m.    Plaintiff's witness, Jeffrey Kline, called and sworn.

1:44 p.m.    Direct examination by Mr. Martin.

**Exhibits Identified:** *20, 18, 13, 15.*

**Exhibits Admitted:** *20, 18, 13, 15.*

2:20 p.m.    Cross examination by Mr. Buzek.

2:25 p.m.    Witness is excused.

Plaintiff's witness, Kyle Knebel, called and sworn.

2:25 p.m.    Direct examination by Mr. Martin.

2:45 p.m.    Cross examination by Mr. Buzek.

2:59 p.m.    Redirect examination by Mr. Martin.

**3:02 p.m.    Court in recess.**

**3:24 p.m.    Court in session.**

3:25 p.m.    Plaintiff's closing argument by Mr. Martin.

3:40 p.m.    Defendants' closing argument by Mr. Buzek.

3:46 p.m.    Plaintiff's rebuttal argument by Mr. Martin.

The court takes this matter under advisement and will enter a written order as soon as practicable.

**3:48 p.m.    Court in recess.**

Total time in court:   01:49

Hearing concluded**.**